# United States Probation and Pretrial Services Office
## Pretrial Services Division
## District of Arizona

U. S. A. vs. Ramon Guillermo Gomez
Docket No. 2:25-cr-00296-SPL-1
AUSA: Sheila Phillips
Defense Attorney: Joseph Anthony Duarte

T-Sealed

☒ FILED ☐ LODGED

## May 02 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **KARINA REYES**, PROBATION OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: Ramon Guillermo Gomez, who was released by the Honorable James F. Metcalf sitting in the Court at Yuma, on the 3rd day of March, 2025, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

**1)     The defendant shall be released to the third-party custody of Maria Eugenia Celaya and shall reside with the third-party custodian unless the Pretrial Services Division approves the defendant to reside elsewhere.**

On April 30, 2025, the third-party custodian, Maria Eugenia Celaya, contacted Pretrial Services to advise the defendant abandoned his residence on April 27, 2025, and has not returned. Therefore, the defendant's whereabouts are unknown.

**2)     The defendant shall participate in a mental health treatment program and comply with all the treatment requirements including taking all medication prescribed by the mental health care provider and make copayment toward the cost of services as directed by the Pretrial Services Division.**

The defendant failed to report for individual therapy with Community Bridges Inc. on April 18, 2025, for group treatment on April 22, 2025, and for a psychiatric evaluation on April 29, 2025.

**3)     The defendant shall immediately advise his attorney and Pretrial Services, in writing, PRIOR to any change in residence address, mailing address and telephone number.**

On April 30, 2025, the third-party custodian, Maria Eugenia Celaya, contacted Pretrial Services to advise the defendant abandoned his residence on April 27, 2025, and has not returned. The defendant did not advise Pretrial Services of his change of residence and his whereabouts are unknown.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

Page 2
RE: Ramon Guillermo Gomez
April 30, 2025

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

_____
Karina Reyes
U.S. Probation Officer
Pretrial Services Division

May 1, 2025
**Date**

**Reviewed by**

_____
Martha Leon
Officer in Charge (OIC)
Pretrial Services Division

May 1, 2025
**Date**

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 2ⁿᵈ day of May, 2025, and ordered filed and made a part of the records in the above case.

_____
**The Honorable JAMES F. METCALF**
**U.S. Magistrate Judge**