JOSEPH A. DUARTE, #010603
1921 S. Alma School Road
Suite 112
Mesa, AZ 85210
Telephone: 602-326-5882
Attorney for Defendant
papoduarte@gmail.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR25-00296-PHX-SPL |
|---|---|
| Plaintiff, | **OBJECTION TO THE** |
| vs. | **PRESENTENCE REPORT (PSR)** |
| Ramon Guillermo Gomez, | |
| Defendant. | |

On February 9, 2026, the defense received notice from the United States Attorney of a legal issue requiring scrutiny affecting the correct levels of enhancement. Paragraph 22 of the PSR assesses a +4-level enhancement per USSG section 2K2.1(b)(5) for receipt and transfer of the firearms that would subsequently be used unlawfully. Paragraph 23 recommends an additional +4 level enhancement per 2K2.1(b)(6)(A) that the client was aware the firearms could unlawfully end up in Mexico. After reviewing the information, the defense objects to the invocation of replicate +4 levels of enhancement resulting in impermissible double counting.

## FACTS

Mr. Ramon Guillermo Gomez bought and transferred firearms in the Yuma-San Luis area. Between Sept. 14, 2023, and July 5, 2025, the client had purchased 28 firearms. He was not the owner of the firearms; they were supplied to a third party. The transfers were done to satisfy a debt involving his place of residence. The client acted with

knowledge that the firearms were "likely taken to Mexico, or they were transported to California or New York."

**LAW**

USSG section 2K2.1(b)(5) prohibits, in pertinent part, purchasing and transferring two or more firearms having reason to believe that such conduct would result in the receipt of the firearms by an individual who intended to use or dispose of the firearms unlawfully. The operative statute required a +4-level enhancement.

USSG section 2K2.1(b)(6)(A) proscribes possessing and transferring a firearm with reason to believe that it would be transported out of the U.S. It requires an additional +4 level enhancement. The ambiguity of his admission and his proximity to the border support a fair reading that he is being subjected to impermissible double counting, i.e. two enhancements based on identical conduct.

"Impermissible double counting occurs . . . where one part of the guidelines is applied to increase a defendant's punishment on account of a kind of harm that has already been fully accounted for by the application of another part of the guidelines." *U.S. v. Reese,* 2 F.3d 870, 895(9th Cir. 1993). "If on the other hand it is possible to be sentenced under a particular offense guideline without having engaged in a certain sort of behavior, such behavior may be used to enhance the offense level." *Id.*

"The sentencing guidelines permit double counting of a factor when each invocation of the behavior serves a unique purpose under the guidelines, but impermissible double counting occurs where one part of the guidelines is applied to increase a defendant's punishment on account of a kind of harm that has already been accounted for by the application of another part of the guidelines." *U.S. v. Archdale,* 229 F.3d 861.

///

///

///

2

Each enhancement punishes the same illegal activity. Whether the conduct comprises transferring weapons understanding that the intended uses are unlawful; or whether the transfer will culminate in the illegal export to a different state or country, there is not a legal basis to punish the same activity twice. One enhancement suffices to fully account for the harm occasioned by the offense.

**<u>REQUESTED RELIEF</u>**

Mr. Gomez requests removal of one of the +4 levels of enhancement to reduce the guideline calculation.

Respectfully submitted: February 10, 2026.


  *s/Joseph A. Duarte*
JOSEPH A. DUARTE, Esq.
Attorney for Defendant


CERTIFICATE OF SERVICE
*I HEREBY CERTIFY THAT ON FEBRUARY 10, 2026, I ELECTRONICALLY TRANSMITTED THE ATTACHED DOCUMENT TO THE CLERK'S OFFICE AND THE FOLLOWING REGISTRANTS USING THE CM/ECF TRANSMITTAL SYSTEM.*

*- The Honorable Steven P. Logan*

*- Sheila Phillips, Assistant U.S. Attorney*

 *s/Joseph A. Duarte*